And that is Kristin Dent v. Charles Schwab & Co. And that is Kristin Dent v. Charles Schwab & Co., Inc.